IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADEN ABDALLA HASSAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | NO. 3:07-01173 |
| v. ) | JUDGE HAYNES |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Upon the Defendant's motion to dismiss complaint as moot (Docket Entry No. 9) because the Petitioner has received the relief requested, this motion is **GRANTED**. This action is **DISMISSED** without prejudice.

It is so **ORDERED**.

**ENTERED** this the 24th day of March, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge